**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Featherstone Distribution LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-2575908** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1164 E 156th Street**<br>**Bronx, NY 10474** | **359 Van Brunt Street**<br>**c/o Freshly Baked Holdings LLC**<br>**Brooklyn, NY 11231** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Bronx** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Featherstone Distribution LLC** | Case number *(if known)* | |
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

4244

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
| | District | When | Case number |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | | | |
|---|---|---|---|
| Debtor | **Hunts Point Enterprises LLC** | Relationship | **Affiliate** |
| District | **EDNY** | When | **6/24/20** | Case number, if known | **20-42393 CEC** |

| Debtor | Featherstone Distribution LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds**          .          Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Featherstone Distribution LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July 17, 2020**
                MM / DD / YYYY

**X** /s/ Mark Rimer
Signature of authorized representative of debtor

**Mark Rimer**
Printed name

Title     **Chief Executive Officer**

**18. Signature of attorney**

**X** /s/ Lawrence Morrison                Date  **July 17, 2020**
Signature of attorney for debtor                         MM / DD / YYYY

**Lawrence F. Morrison**
Printed name

**Morrison Tenenbaum, PLLC**
Firm name

**87 Walker Street, Second Floor**
**New York, NY 10013**
Number, Street, City, State & ZIP Code

Contact phone  **212-620-0938**     Email address  **info@m-t-law.com**

**2889590 NY**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Featherstone Distribution LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 17, 2020**    **x** /s/ Mark Rimer
   Signature of individual signing on behalf of debtor

   **Mark Rimer**
   Printed name

   **Chief Executive Officer**
   Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Featherstone Distribution LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF NEW YORK**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **A&S BAGELS INC.** 761 Hempstead Turnpike Franklin Square, NY 11010 | **Anthony Scolieri** 516-326-9288 | **Vendor** | | | | $45,301.68 |
| **ALADDIN ARTISAN** 240 25TH STREET Brooklyn, NY 11232 | **Joe Aiobe** 212-767-9596 | **Vendor** | | | | $83,201.20 |
| **AVENDRA** P.O. BOX 75019 Baltimore, MD 21275 | **Richard Falcone** Falcone-Richard@ avendra.com 301-825-0500 | **Vendor** | | | | $62,612.52 |
| **BREAD ALONE** PO BOX 719 Lake Katrine, NY 12449 | **Nels Leder** nels.leader@bread alone.com 845-594-1009 | **Vendor** | | | | $103,211.75 |
| **CESTARO REALTY MANAGEMENT** 54-60 44TH STREET Maspeth, NY 11378 | **Steve Cestaro** 917-939-3946 | **Vendor** | | | | $56,582.60 |
| **EAT** 403 East 91st Street New York, NY 10128 | **UZZIAH** 212-831-4800 | **Vendor** | | | | $131,578.96 |
| **FEATHERSTONE FOODS INC.** c/o Davidoff Hutcher 605 Third Avenue New York, NY 10158 | | **Alleged Breach of Contract Claim** | **Contingent Unliquidated Disputed** | | | $1,875,000.00 |
| **GRANDAISY BAKERY** 250 W BROADWAY New York, NY 10013 | **Monica Calderon** monica@grandaisy bakery.com 212-334-9435 | **Vendor** | | | | $39,165.56 |

| Debtor | **Featherstone Distribution LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **IGGY'S BREAD 130 FAWCETT STREET Cambridge, MA 02138** | 617-491-7600 | Vendor | | | | $60,087.54 |
| **JUST BAGELS 527 CASSANOVA STREET Bronx, NY 10474** | SANDRA CLIFF 718-328-9700 | Vendor | | | | $50,478.03 |
| **NEW YORKER BAGELS 34-20 12th STREET Astoria, NY 11106** | Stefanos Evangelinos sevangelinos@new yorkbagels.com 718-204-2243 | Vendor | | | | $85,845.98 |
| **ORWASHER'S BAKERY 1187 EAST 156TH Bronx, NY 10474** | Adriana 718-618-7438 Ext 12 | Vendor | Unliquidated Subject to Setoff | | | $152,086.48 |
| **PAIN D'AVIGNON III LTD. PO Box 1872 Long Island City, NY 11101** | ULIKS 718-729-6832 | Vendor | | | | $132,713.92 |
| **RM BAKERY LLC 220 COSTER ST Bronx, NY 10474** | Dan Wilczynski danw@leavenco.com 203-209-2474 | Vendor | Subject to Setoff | | | $61,963.37 |
| **RM RONY LLC 220 Coster Street Bronx, NY 10474** | Dan Wilcynski 718-392-1030 | Vendor | Subject to Setoff | | | $84,378.05 |
| **ROYAL BAKERS 37-24 76TH STREET 1ST FL Jackson Heights, NY 11372** | MAX 718-805-3000 | Vendor | | | | $65,810.85 |
| **TISSERIE WHOLESALE BAKERY 435 Meadow Ln Carlstadt Carlstadt, NJ 07072** | 201-430-8948 | Vendor | Unliquidated | | | $76,778.11 |
| **U.S. SBA 409 3rd Street SW Washington, DC 20416** | | Paycheck Protection Program Loan | | | | $1,025,830.00 |
| **VISTA HERMOSA 267 Bowery New York, NY 10002** | | Vendor | Subject to Setoff | | | $47,547.24 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Featherstone Distribution LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ZOMICK'S KOSHER BAKE SHOP 85 INIP DRIVE Inwood, NY 11096** | **Karen Moshe Koff** **516-569-5520 x102** | **Vendor** | **Unliquidated** | | | **$71,183.77** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Featherstone Distribution LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $       0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $     2,500,596.18

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $     2,500,596.18

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $     509,603.13

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $       0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     4,841,292.58

4.   **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b
    $     5,350,895.71

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Featherstone Distribution LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Savings** | 1226 | $363.35 |
| 3.2. | **Chase Bank** | **Checking** | 3790 | $26,260.23 |
| 3.3. | **Chase Bank** | **Checking** | 5586 | $4,611.39 |
| 3.4. | **Chase Bank** | **Checking** | 5578 | $226,014.89 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $257,249.86 |

### Part 2:     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Featherstone Distribution LLC**                                              Case number *(If known)* _____
           Name

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

     7.1.    **Lease Security Deposit**                                                                                                    $23,000.00

     7.2.    **Ryder Truck Leasing Security Deposit**                                                                          $43,448.88

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                                                                                $66,448.88
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---------|---------------------|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

     11a. 90 days old or less:        **1,013,735.13**        -                **0.00**        = ....                $1,013,735.13
                                face amount                          doubtful or uncollectible accounts

     11b. Over 90 days old:            **822,363.33**        -                **0.00**        =....                $822,363.33
                                face amount                          doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                                                                              $1,836,098.46
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---------|-------------|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** | | | | |

| Debtor | **Featherstone Distribution LLC** | | | Case number *(If known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| **Assorted inventory** | | $0.00 | **Recent cost** | | $20,000.00 |
|---|---|---|---|---|---|

| 23. | **Total of Part 5.** | $20,000.00 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Assorted used office furniture, computers and equipment | Unknown | FMV | $3,443.61 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | $3,443.61 |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Schedule A/B Assets - Real and Personal Property
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Featherstone Distribution LLC**                    Case number *(If known)* _____
                Name

| Part 8: | Machinery, equipment, and vehicles |
|---------|-----------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2018 Ford Sprinter Truck VIN ending 5440** | **$28,000.00** | **FMV** | **$15,000.00** |
| 47.2.   **2019 Ford Sprinter Truck VIN Ending 3951** | **$30,000.00** | **FMV** | **$20,000.00** |
| 47.3.   **2018 Ford Sprinter Truck VIN Ending 8755** | **$28,000.00** | **FMV** | **$15,000.00** |
| 47.4.   **2018 Ford Sprinter Truck VIN Ending 9503** | **$28,000.00** | | **$15,000.00** |
| 47.5.   **2018 Ford Sprinter Truck VIN Ending 4010** | **$28,000.00** | | **$15,000.00** |
| 47.6.   **2019 Ford Sprinter Truck VIN Ending 4011** | **$30,000.00** | **FMV** | **$20,000.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
        floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm**
        **machinery and equipment)**
        **Assorted used machinery, fixtures, equipment**
        **and furniture**                                **$0.00**                           **$3,443.61**

51.    **Total of Part 8.**                                                        | **$103,443.61** |
        Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
        ■ No
        ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Featherstone Distribution LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **1164 E. 156th Street, Bronx NY 10474** | **Lease** | **Unknown** | **N/A** | **Unknown** |

56.     **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | **$0.00** |
|---|---|

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets**<br>**Featherstone Foods, Inc. (word and logo mark unregistered)** | **$0.00** | | **Unknown** |
| **Sesame Distribution Inc. (word and logo mark unregistered)** | **$0.00** | | **Unknown** |
| 61.    **Internet domain names and websites**<br>**www.featherstonefoods.com** | **$0.00** | | **Unknown** |
| **www.sesamedistribution.com** | **$0.00** | | **Unknown** |
| 62.    **Licenses, franchises, and royalties**<br>**NYS Dept. of Agriculture and Markets Food Warehouse License No. 16360** | **$0.00** | | **Unknown** |

| Debtor | **Featherstone Distribution LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 63. | Customer lists, mailing lists, or other compilations | | | |
|---|---|---|---|---|
| | **Customer Mailing List** | **Unknown** | **FMV** | **$1.00** |

**64.** **Other intangibles, or intellectual property**

**65.** **Goodwill**

| 66. | **Total of Part 10.** | **$1.00** |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

<table>
<tr><td></td><td></td><td>Current value of debtor's interest</td></tr>
<tr><td>71.</td><td><b>Notes receivable</b><br>Description (include name of obligor)</td><td></td></tr>
<tr><td>72.</td><td><b>Tax refunds and unused net operating losses (NOLs)</b><br>Description (for example, federal, state, local)</td><td></td></tr>
<tr><td>73.</td><td><b>Interests in insurance policies or annuities</b></td><td></td></tr>
<tr><td>74.</td><td><b>Causes of action against third parties (whether or not a lawsuit has been filed)</b></td><td></td></tr>
<tr><td></td><td><b>Joel Schonfeld</b></td><td>$213,910.76</td></tr>
<tr><td></td><td><b>Nature of claim</b>    <b>Breach of Contract and Tortious Interference</b></td><td></td></tr>
<tr><td></td><td><b>Amount requested</b>    $0.00</td><td></td></tr>
<tr><td>75.</td><td><b>Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims</b></td><td></td></tr>
<tr><td>76.</td><td><b>Trusts, equitable or future interests in property</b></td><td></td></tr>
<tr><td>77.</td><td><b>Other property of any kind not already listed</b> <i>Examples:</i> Season tickets, country club membership</td><td></td></tr>
</table>

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor     **Featherstone Distribution LLC**                                   Case number *(If known)* _____
           Name

78.    **Total of Part 11.**                                                   | $213,910.76 |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **Featherstone Distribution LLC**                              Case number *(If known)* _____
         Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $257,249.86 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $66,448.88 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,836,098.46 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $20,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,443.61 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $103,443.61 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $213,910.76 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,500,596.18 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,500,596.18 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name **Featherstone Distribution LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **ALLY FINANCIAL SERVICES**<br>Creditor's Name<br><br>**PAYMENT PROCESSING CENTER**<br>**PO BOX 78234**<br>**Phoenix, AZ 85062**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**SEE ANNEXED SCHEDULE 2**<br><br><br>**Describe the lien**<br>**Purchase Money Security**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | $43,117.16 | $100,000.00 |
| **2.2** **INTERNEX CAPITAL FUNDING**<br>Creditor's Name<br><br>**205 E 42nd St, 20th Fl**<br>**New York, NY 10017**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**SEE ATTACHED SCHEDULE 1**<br><br><br>**Describe the lien**<br>**Asset Backed Line of Credit**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $466,485.97 | Unknown |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor    **Featherstone Distribution LLC**                                    Case number (if known) _____
                         Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$509,603.13** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Featherstone Distribution LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | Unknown | Unknown |

| | |
|---|---|
| **Internal Revenue Service**<br>**Central Insolvency Unit**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | |

|  |  | | |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | Unknown | Unknown |

| | |
|---|---|
| **NYC Dept. of Finance**<br>**Bankruptcy Unit**<br>**66 John Street**<br>**New York, NY 10038** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | |

|  |  | | |
|---|---|---|---|
| **2.3** | Priority creditor's name and mailing address | Unknown | Unknown |

| | |
|---|---|
| **NYS Dept. of Tax and Fin.**<br>**Bankruptcy Section**<br>**PO Box 5300**<br>**Albany, NY 12205** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | |

| Debtor | **Featherstone Distribution LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,143.52** |
|---|---|---|---|
| | **1164 East 156 Realty LLC**<br>**54-60 44th Street**<br>**Maspeth, NY 11378** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Rent Arrears** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,301.68** |
|---|---|---|---|
| | **A&S BAGELS INC.**<br>**761 Hempstead Turnpike**<br>**Franklin Square, NY 11010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number  **AS** | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,027.70** |
|---|---|---|---|
| | **ABOVE THE REST BAKING**<br>**531 BRYANT AVENUE BRONX**<br>**Bronx, NY 10474** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,592.00** |
|---|---|---|---|
| | **ACE ENDICO**<br>**80 INTERNATIONAL BLVD**<br>**Brewster, NY 10509** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,846.72** |
|---|---|---|---|
| | **ACTION ENVIRONMENTAL**<br>**315 Casanova St**<br>**Bronx, NY 10474** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.44** |
|---|---|---|---|
| | **AFS TECHNOLOGIES**<br>**PO BOX 53573**<br>**Phoenix, AZ 85072** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Software service provider** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83,201.20** |
|---|---|---|---|
| | **ALADDIN ARTISAN**<br>**240 25TH STREET**<br>**Brooklyn, NY 11232** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Featherstone Distribution LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,701.98** |
|---|---|---|---|

**ALADDIN BAKERS, INC.**
**240 25TH STREET**
**Brooklyn, NY 11232**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,682.40** |
|---|---|---|---|

**ALPINE BAKERY**
**521 30TH STREET**
**Union City, NJ 07087**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,115.38** |
|---|---|---|---|

**AMYS BREAD**
**48-09 34TH STREET**
**Long Island City, NY 11101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,365.68** |
|---|---|---|---|

**ANTHONY & SONS #1311**
**20 LUGER ROAD**
**Denville, NJ 07834**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Vendor__

Last 4 digits of account number  __AN1__

Is the claim subject to offset? ☐ No   ☑ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,317.27** |
|---|---|---|---|

**ANTHONY AND SONS BAKERY**
**20 LUGER ROAD**
**Denville, NJ 07834**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☑ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$62,612.52** |
|---|---|---|---|

**AVENDRA**
**P.O. BOX 75019**
**Baltimore, MD 21275**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,557.98** |
|---|---|---|---|

**BAKED WHOLESALE LLC**
**220 Coster Street**
**Bronx, NY 10474**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☑ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$103,211.75** |
|---|---|---|---|

**BREAD ALONE**
**PO BOX 719**
**Lake Katrine, NY 12449**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No   ☐ Yes

---

| Debtor | **Featherstone Distribution LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,665.16 |
|---|---|---|---|
| | **BROADVIEW NETWORKS**<br>**800 Westchester Ave**<br>**Port Chester, NY 10573** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,220.20 |
|---|---|---|---|
| | **BROOKLYN BRANDS LLC**<br>**PO Box 21019**<br>**New York, NY 10087** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $825.40 |
|---|---|---|---|
| | **BY THE WAY BAKERY**<br>**1236 Lexington Avenue**<br>**New York, NY 10028** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,081.29 |
|---|---|---|---|
| | **CAROUSEL CAKES**<br>**5 SEEGER DRIVE**<br>**Nanuet, NY 10954** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,582.60 |
|---|---|---|---|
| | **CESTARO REALTY MANAGEMENT**<br>**54-60 44TH STREET**<br>**Maspeth, NY 11378** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,582.31 |
|---|---|---|---|
| | **CON EDISON**<br>**PO Box 1702**<br>**New York, NY 10116** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Utilities__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **CONTINENTAL BENFITS**<br>**5701 E. Hillsborough Ave**<br>**#1417**<br>**Tampa, FL 33610** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Employee Healthcare__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,692.00 |
|---|---|---|---|
| | **DAMASCUS BAKERY INC**<br>**PO Box 2026**<br>**Hicksville, NY 11802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **Featherstone Distribution LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,616.16** |
|---|---|---|---|
| | **DE LAGE LANDEN FINANCIAL** | ☐ Contingent | |
| | **PO BOX 41602** | ☐ Unliquidated | |
| | **Philadelphia, PA 19101** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Office Equipment Servicer__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,425.00** |
|---|---|---|---|
| | **DORA'S NATURALS INC** | ☐ Contingent | |
| | **21 EMPIRE BOULEVARD** | ☐ Unliquidated | |
| | **South Hackensack, NJ 07606** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22,995.48** |
|---|---|---|---|
| | **DU'S DONUTS & COFFEE** | ☐ Contingent | |
| | **107 NORTH 12TH STREET** | ☐ Unliquidated | |
| | **Brooklyn, NY 11249** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☑ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$860.50** |
|---|---|---|---|
| | **DUFOUR** | ☐ Contingent | |
| | **251 LOCUST AVENUE** | ☑ Unliquidated | |
| | **Bronx, NY 10454** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$131,578.96** |
|---|---|---|---|
| | **EAT** | ☐ Contingent | |
| | **403 East 91st Street** | ☐ Unliquidated | |
| | **New York, NY 10128** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,170.01** |
|---|---|---|---|
| | **ELI'S BAGGED & LABELLED** | ☐ Contingent | |
| | **PO BOX 29093** | ☐ Unliquidated | |
| | **New York, NY 10087** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,542.52** |
|---|---|---|---|
| | **ELI'S BREAKFAST/COOKIES** | ☐ Contingent | |
| | **PO BOX 29093** | ☐ Unliquidated | |
| | **New York, NY 10087** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,774.09** |
|---|---|---|---|
| | **ELI'S CRISPS** | ☐ Contingent | |
| | **PO BOX 29093** | ☐ Unliquidated | |
| | **New York, NY 10087** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

Debtor   **Featherstone Distribution LLC**
_____   Case number (if known) _____
         Name

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,262.85** |
|---|---|---|---|

**EMBLEM HEALTH**
**PO Box 3000**
**New York, NY 10116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __       **Basis for the claim:**  Health Insurance

**Last 4 digits of account number** __       Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Europastry US**
**2001 Orville Drive**
**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __       **Basis for the claim:**  Vendor

**Last 4 digits of account number** __       Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,875,000.00** |
|---|---|---|---|

**FEATHERSTONE FOODS INC.**
**c/o Davidoff Hutcher**
**605 Third Avenue**
**New York, NY 10158**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** __       **Basis for the claim:**  Alleged Breach of Contract Claim

**Last 4 digits of account number** __       Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$481.00** |
|---|---|---|---|

**Get Fresh Bakehouse LLC**
**4 Edison Pl**
**Fairfield, NJ 07004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __       **Basis for the claim:** __

**Last 4 digits of account number** __       Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$39,165.56** |
|---|---|---|---|

**GRANDAISY BAKERY**
**250 W BROADWAY**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __       **Basis for the claim:**  Vendor

**Last 4 digits of account number** __       Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,074.60** |
|---|---|---|---|

**GUN HILL FENCE**
**4171 BOSTON ROAD**
**Bronx, NY 10466**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __       **Basis for the claim:**  Vendor

**Last 4 digits of account number** __       Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,005.16** |
|---|---|---|---|

**HARAN INC.**
**65 COURT STREET**
**White Plains, NY 10601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __       **Basis for the claim:**  Vendor

**Last 4 digits of account number** __       Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$779.10** |
|---|---|---|---|

**HARVEST BAKERY INC.**
**865 Waverly Ave**
**Holtsville, NY 11742**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __       **Basis for the claim:** __

**Last 4 digits of account number** __       Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Featherstone Distribution LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,555.55** |
|---|---|---|---|
| | **HOT BREAD KITCHEN** | ☐ Contingent | |
| | **1590 Park Ave, Box #1** | ☐ Unliquidated | |
| | **New York, NY 10029** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,492.20** |
|---|---|---|---|
| | **I HALPER** | ☐ Contingent | |
| | **51 HOOK ROAD** | ☐ Unliquidated | |
| | **Bayonne, NJ 07002** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,087.54** |
|---|---|---|---|
| | **IGGY'S BREAD** | ☐ Contingent | |
| | **130 FAWCETT STREET** | ☐ Unliquidated | |
| | **Cambridge, MA 02138** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,942.89** |
|---|---|---|---|
| | **INTERNATIONAL DELIGHTS IN** | ☐ Contingent | |
| | **230 Brighton Road** | ☐ Unliquidated | |
| | **Clifton, NJ 07012** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$937.20** |
|---|---|---|---|
| | **ISRAEEL BEIGEL BAKING** | ☐ Contingent | |
| | **5700 AVENUE D** | ☐ Unliquidated | |
| | **Brooklyn, NY 11203** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$165.00** |
|---|---|---|---|
| | **JOE BREADSTICKS** | ☐ Contingent | |
| | **201 BROOK AVENUE, UNIT C** | ☐ Unliquidated | |
| | **Deer Park, NY 11729** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **JOEL SCHONFELD** | ☐ Contingent | |
| | **300 Edwards Street Apt2DW** | ☐ Unliquidated | |
| | **Roslyn Heights, NY 11577** | ☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Commission__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$315.00** |
|---|---|---|---|
| | **JOHN W. MACY CHEESESTICKS** | ☐ Contingent | |
| | **80 KIPP AVENUE** | ☐ Unliquidated | |
| | **Elmwood Park, NJ 07407** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | **Featherstone Distribution LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,478.03** |
|---|---|---|---|
| | **JUST BAGELS** | ☐ Contingent | |
| | **527  CASSANOVA STREET** | ☐ Unliquidated | |
| | **Bronx, NY 10474** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Vendor__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,332.00** |
|---|---|---|---|
| | **LIBERTY GATES** | ☐ Contingent | |
| | **1299 FRANKLIN AVENUE 3-C** | ☐ Unliquidated | |
| | **Bronx, NY 10456** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Vendor__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$881.88** |
|---|---|---|---|
| | **LYTX, INC** | ☐ Contingent | |
| | **PO BOX 849972** | ☐ Unliquidated | |
| | **Los Angeles, CA 90084** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Vendor__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,356.09** |
|---|---|---|---|
| | **MARTIN POTATO ROLLS** | ☐ Contingent | |
| | **MARC'S DISTRIBUTING** | ☐ Unliquidated | |
| | **1 FIELD COURT** | ☐ Disputed | |
| | **Hicksville, NY 11801** | | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Vendor__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,451.22** |
|---|---|---|---|
| | **MILEA  LEASING CORP.** | ☐ Contingent | |
| | **885 EAST 149TH STREET** | ☐ Unliquidated | |
| | **Bronx, NY 10455** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Truck Lease__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$54.60** |
|---|---|---|---|
| | **MILLE FEUILLE** | ☐ Contingent | |
| | **552 LAGUARDIA PL** | ☐ Unliquidated | |
| | **New York, NY 10012** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Vendor__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$720.00** |
|---|---|---|---|
| | **MORRISONS PASTRY CORP.** | ☐ Contingent | |
| | **4901 Maspeth Ave** | ☐ Unliquidated | |
| | **Maspeth, NY 11378** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Vendor__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,522.00** |
|---|---|---|---|
| | **NECS** | ☐ Contingent | |
| | **550 West 36th Street** | ☐ Unliquidated | |
| | **Jasper, IN 47546** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Vendor__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **Featherstone Distribution LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$85,845.98** |
|---|---|---|---|
| | **NEW YORKER BAGELS** | ☐ Contingent | |
| | **34-20 12th STREET** | ☐ Unliquidated | |
| | **Astoria, NY 11106** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$410.40** |
|---|---|---|---|
| | **NORTH FERRY CO., INC.** | ☐ Contingent | |
| | **12 Summerfield Pl** | ☑ Unliquidated | |
| | **Shelter Island Heights, NY 11965** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$37,803.61** |
|---|---|---|---|
| | **NORTHSIDE BAKERY** | ☐ Contingent | |
| | **76-01 77TH AVENUE** | ☑ Unliquidated | |
| | **Ridgewood, NY 11385** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$541.86** |
|---|---|---|---|
| | **OPTIMUM BUSNIESS** | ☐ Contingent | |
| | **Cablevision** | ☐ Unliquidated | |
| | **PO Box 371378** | ☐ Disputed | |
| | **Pittsburgh, PA 15250** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Utilities__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$152,086.48** |
|---|---|---|---|
| | **ORWASHER'S BAKERY** | ☐ Contingent | |
| | **1187 EAST 156TH** | ☑ Unliquidated | |
| | **Bronx, NY 10474** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☑ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,324.25** |
|---|---|---|---|
| | **PADOCA BAKERY** | ☐ Contingent | |
| | **359 E. 68th Street** | ☐ Unliquidated | |
| | **New York, NY 10065** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☑ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$132,713.92** |
|---|---|---|---|
| | **PAIN D'AVIGNON III LTD.** | ☐ Contingent | |
| | **PO Box 1872** | ☐ Unliquidated | |
| | **Long Island City, NY 11101** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,843.22** |
|---|---|---|---|
| | **PANDORA BAKERY** | ☐ Contingent | |
| | **210 EAST 144 STREET** | ☐ Unliquidated | |
| | **Bronx, NY 10451** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Featherstone Distribution LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$344.16** |
|---|---|---|---|

**PATISSERIE VANESSA**
136 WEST 123 ST, SUITE#2
New York, NY 10027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,245.00** |
|---|---|---|---|

**PIONEER COMPUTER NETWORKS**
PO Box 411
Redding Ridge, CT 06876

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **IT Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,100.99** |
|---|---|---|---|

**RK ENVIRONMENTAL SERVICES**
768 CARVER AVENUE
Westwood, NJ 07675

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$61,963.37** |
|---|---|---|---|

**RM BAKERY LLC**
220 COSTER ST
Bronx, NY 10474

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☑ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$84,378.05** |
|---|---|---|---|

**RM RONY LLC**
220 Coster Street
Bronx, NY 10474

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☑ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,958.39** |
|---|---|---|---|

**ROBERT HALF**
Office Team
12400 Collections Center
Chicago, IL 60693

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Staffing service**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$800.00** |
|---|---|---|---|

**ROCKLAND BAKERY**
94 DEMAREST MILL ROAD
Nanuet, NY 10954

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$65,810.85** |
|---|---|---|---|

**ROYAL BAKERS**
37-24 76TH STREET 1ST FL
Jackson Heights, NY 11372

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Featherstone Distribution LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,087.03** |
|---|---|---|---|
| | **RYDER** | ☐ Contingent | |
| | **11690 NW 105th Street** | ☐ Unliquidated | |
| | **Miami, FL 33178** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Vehicle Services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,172.00** |
|---|---|---|---|
| | **SALT OF THE EARTH BAKERY** | ☐ Contingent | |
| | **630 Flushing Avenue** | ☐ Unliquidated | |
| | **4C** | ☐ Disputed | |
| | **Brooklyn, NY 11206** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,074.98** |
|---|---|---|---|
| | **SETTEPANI BAKERY** | ☐ Contingent | |
| | **602 LORIMER STREET** | ☐ Unliquidated | |
| | **Brooklyn, NY 11211** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,084.65** |
|---|---|---|---|
| | **SIGMUND'S PRETZELSHOP** | | |
| | **C/O Dmitriy Goykhman** | ☐ Contingent | |
| | **221 W 37th St, 6th Fl** | ☐ Unliquidated | |
| | **New York, NY 10018** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,776.74** |
|---|---|---|---|
| | **SIMIT AND SMITH** | ☐ Contingent | |
| | **501 Broad Avenue** | ☐ Unliquidated | |
| | **Ridgefield, NJ 07657** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,259.61** |
|---|---|---|---|
| | **SULLIVAN STREET BAKERY** | ☐ Contingent | |
| | **533 WEST 47TH STREET** | ☑ Unliquidated | |
| | **New York, NY 10036** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☑ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$696.00** |
|---|---|---|---|
| | **TAP NYC** | ☐ Contingent | |
| | **267 COLUMBUS AVENUE** | ☐ Unliquidated | |
| | **New York, NY 10023** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,835.00** |
|---|---|---|---|
| | **THE GOOD BATCH** | ☐ Contingent | |
| | **936 Fulton Street** | ☐ Unliquidated | |
| | **Brooklyn, NY 11238** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Featherstone Distribution LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | TBD |
|---|---|---|---|

**THE HARTFORD**
**PO Box 660916**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Insurance**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,778.11 |
|---|---|---|---|

**TISSERIE WHOLESALE BAKERY**
**435 Meadow Ln Carlstadt**
**Carlstadt, NJ 07072**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,007.61 |
|---|---|---|---|

**TOM CAT BAKERY INC**
**PO BOX 844040**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☑ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
|---|---|---|---|

**TOUFAYAN BAKERIES, INC**
**175 RAILROAD AVENUE**
**Ridgefield, NJ 07657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,127.20 |
|---|---|---|---|

**TRIBECA**
**PO BOX 840441**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,025,830.00 |
|---|---|---|---|

**U.S. SBA**
**409 3rd Street SW**
**Washington, DC 20416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Paycheck Protection Program Loan**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.00 |
|---|---|---|---|

**UNITED HEALTHCARE**
**PO BOX 371337**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Health insurance premium**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | TBD |
|---|---|---|---|

**Utica First Insurance**
**5981 Airport Rd**
**Oriskany, NY 13424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Insurance**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Featherstone Distribution LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,040.39** |
|---|---|---|---|

**VAR TECHNOLOGY FINANCE**
**P.O.BOX 5066**
**Hartford, CT 06102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$552.35** |
|---|---|---|---|

**VERIZON WIRELESS**
**PO Box 408**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Communcations Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$47,547.24** |
|---|---|---|---|

**VISTA HERMOSA**
**267 Bowery**
**New York, NY 10002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☑ Yes

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ZAROS**
**1309 Metropolitan Ave**
**Bronx, NY 10462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$71,183.77** |
|---|---|---|---|

**ZOMICK'S KOSHER BAKE SHOP**
**85 INIP DRIVE**
**Inwood, NY 11096**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 4,841,292.58 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 4,841,292.58 |

**Fill in this information to identify the case:**

Debtor name  **Featherstone Distribution LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement for premises at 1164 E 156th Street, Bronx NY** |
| State the term remaining | **June 1, 2022** |
| List the contract number of any government contract | **1164 East 156 Realty LLC**<br>**54-60 44th Street**<br>**Maspeth, NY 11378** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Distribution Service Contract** |
| State the term remaining | |
| List the contract number of any government contract | **Baked Wholesale LLC**<br>**220 Coster Street**<br>**Bronx, NY 10474** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Eli Richman**<br>**380 Quarker Road**<br>**Chappaqua, NY 10514** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Products Distribution Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Hilton Supply Management**<br>**7962 Jones Branch Dr**<br>**Fourth Floor**<br>**Mc Lean, VA 22102** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Featherstone Distribution LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Blocked Account Control Agreement** | |
| | State the term remaining | | **JP Morgan Chase Bank Attn: Farah Zollman 1 E Ohio St, Floor 8 Indianapolis, IN 46204** |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Truck Lease and Service Agreement** | |
| | State the term remaining | | **Milea Leasing Corp 64 Union St Brooklyn, NY 11231** |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Service Agreement** | |
| | State the term remaining | | **RM Bakery LLC 220 Coster Street Bronx, NY 10474** |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Service Agreement** | |
| | State the term remaining | | **RM RONY LLC 220 Coster Street Bronx, NY 10474** |
| | List the contract number of any government contract | | |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Truck Lease and Service Agreement** | |
| | State the term remaining | | **Ryder Truck Rental Inc. 11690 NW 105th Street Miami, FL 33178** |
| | List the contract number of any government contract | | |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Product Distribution Agreement** | |
| | State the term remaining | | **Whole Foods Market Northeast Region 15315 Magnolia Blvd Ste 320 Englewood Cliffs, NJ 07632** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Featherstone Distribution LLC**
      First Name          Middle Name         Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

Check if this is an amended filing

**Fill in this information to identify the case:**

Debtor name     **Featherstone Distribution LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   _____

## Official Form 206H
## Schedule H: Your Codebtors                                                     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **HUNTS POINT ENTERPRISES** | **359 Van Brunt Street Brooklyn, NY 11231** | **INTERNEX CAPITAL FUNDING** | ■ D  2.2<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **HUNTS POINT ENTERPRISES** | **359 Brunt Street Brooklyn, NY 11231** | **JOEL SCHONFELD** | ☐ D _____<br>■ E/F  3.46<br>☐ G _____ |
| 2.3 | **HUNTS POINT ENTERPRISES** | **359 Van Brunt Street Brooklyn, NY 11231** | **FEATHERSTONE FOODS INC.** | ☐ D _____<br>■ E/F  3.34<br>☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

---

**Fill in this information to identify the case:**

Debtor name    **Featherstone Distribution LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
    amended filing

---

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

### Part 1:   Income

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$8,394,686.32** |

**2. Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.   **SEE SCHEDULE 3** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                 Best Case Bankruptcy

| Debtor | Featherstone Distribution LLC | Case number *(if known)* | |
|---|---|---|---|

debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Featherstone Foods Inc. et al. v. Featherstone Distribution LLC<br>652689/2020 | Breach of Contract | NYS Supreme NY County | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

Debtor    **Featherstone Distribution LLC**                                    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Morrison Tenenbaum PLLC** | | | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Featherstone Distribution LLC**                              Case number *(if known)* _____

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor | **Featherstone Distribution LLC** | Case number *(if known)* | |
|---|---|---|---|

---

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.    **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■   No.
    ☐   Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.    **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■   No.
    ☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.    **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■   No.
    ☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

25.   **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■   None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.   **Books, records, and financial statements**
     26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
     ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Jane Cho**<br>**40 Hickory Street**<br>**Englewood Cliffs, NJ 07632** | **2019-Present** |
| 26a.2. | **Raich Ende Malter & Co LLP**<br>**1375 Broadway #15**<br>**New York, NY 10018** | **2019 - Present** |

---

| Debtor | **Featherstone Distribution LLC** | Case number *(if known)* | |
|---|---|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mark Rimer | 220 E. 42nd Street 29th Floor New York, NY 10017 | Chief Executive Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Hunts Point Enterprises LLC | 259 Van Brunt Street c/o Freshly Baked Holdings LLC Brooklyn, NY 11231 | Sole Member | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jane Cho | 40 Hickory Street Englewood Cliffs, NJ 07632 | Vice President of Finance | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

Debtor    **Featherstone Distribution LLC**                                      Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July 17, 2020**

/s/ Mark Rimer                                              **Mark Rimer**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York

In re    **Featherstone Distribution LLC**      Case No. _____

Debtor(s)      Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   | --- | --- | --- |
   | For legal services, I have agreed to accept | $ | 25,000.00 |
   | Prior to the filing of this statement I have received | $ | 25,000.00 |
   | Balance Due | $ | **Per Court Order** |

2. The source of the compensation paid to me was:

   ☑ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor      ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July  14, 2020**          /s/ Lawrence Morrison
*Date*

                                      **Lawrence F. Morrison**
                                      *Signature of Attorney*
                                      **Morrison Tenenbaum, PLLC**
                                      **87 Walker Street, Second Floor**
                                      **New York, NY 10013**
                                      **212-620-0938  Fax: 646-390-5095**
                                      **info@m-t-law.com**
                                      *Name of law firm*

# United States Bankruptcy Court
## Eastern District of New York

In re    **Featherstone Distribution LLC**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Hunts Point Enterprises**<br>**359 Van Brunt Street**<br>**Brooklyn, NY 11231** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **July 17, 2020**

Signature    **/s/ Mark Rimer**

**Mark Rimer**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Eastern District of New York

In re   **Featherstone Distribution LLC**                              Case No.

Debtor(s)          Chapter    **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   **July  13, 2020**           /s/ Mark Rimer

                                      **Mark Rimer**/**Chief Executive Officer**
                                      Signer/Title

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

1164 East 156 Realty LLC
54-60 44th Street
Maspeth, NY 11378


A&S BAGELS INC.
761 Hempstead Turnpike
Franklin Square, NY 11010


ABOVE THE REST BAKING
531 BRYANT AVENUE BRONX
Bronx, NY 10474


ACE ENDICO
80 INTERNATIONAL BLVD
Brewster, NY 10509


ACTION ENVIRONMENTAL
315 Casanova St
Bronx, NY 10474


AFS TECHNOLOGIES
PO BOX 53573
Phoenix, AZ 85072


ALADDIN ARTISAN
240 25TH STREET
Brooklyn, NY 11232


ALADDIN BAKERS, INC.
240 25TH STREET
Brooklyn, NY 11232


ALLY FINANCIAL SERVICES
PAYMENT PROCESSING CENTER
PO BOX 78234
Phoenix, AZ 85062


ALPINE BAKERY
521 30TH STREET
Union City, NJ 07087


AMYS BREAD
48-09 34TH STREET
Long Island City, NY 11101

ANTHONY & SONS #1311
20 LUGER ROAD
Denville, NJ 07834


ANTHONY AND SONS BAKERY
20 LUGER ROAD
Denville, NJ 07834


AVENDRA
P.O. BOX 75019
Baltimore, MD 21275


BAKED WHOLESALE LLC
220 Coster Street
Bronx, NY 10474


BREAD ALONE
PO BOX 719
Lake Katrine, NY 12449


BROADVIEW NETWORKS
800 Westchester Ave
Port Chester, NY 10573


BROOKLYN BRANDS LLC
PO Box 21019
New York, NY 10087


BY THE WAY BAKERY
1236 Lexington Avenue
New York, NY 10028


CAROUSEL CAKES
5 SEEGER DRIVE
Nanuet, NY 10954


CESTARO REALTY MANAGEMENT
54-60 44TH STREET
Maspeth, NY 11378


CON EDISON
PO Box 1702
New York, NY 10116

CONTINENTAL BENFITS
5701 E. Hillsborough Ave
#1417
Tampa, FL 33610


DAMASCUS BAKERY INC
PO Box 2026
Hicksville, NY 11802


DE LAGE LANDEN FINANCIAL
 PO BOX 41602
Philadelphia, PA 19101


DORA'S NATURALS INC
21 EMPIRE BOULEVARD
South Hackensack, NJ 07606


DU'S DONUTS & COFFEE
107 NORTH 12TH STREET
Brooklyn, NY 11249


DUFOUR
251 LOCUST AVENUE
Bronx, NY 10454


EAT
403 East 91st Street
New York, NY 10128


Eli Richman
380 Quarker Road
Chappaqua, NY 10514


ELI'S BAGGED & LABELLED
PO BOX 29093
New York, NY 10087


ELI'S BREAKFAST/COOKIES
PO BOX 29093
New York, NY 10087


ELI'S CRISPS
PO BOX 29093
New York, NY 10087

EMBLEM HEALTH
PO Box 3000
New York, NY 10116

Europastry US
2001 Orville Drive
Ronkonkoma, NY 11779

FEATHERSTONE FOODS INC.
c/o Davidoff Hutcher
605 Third Avenue
New York, NY 10158

Get Fresh Bakehouse LLC
4 Edison Pl
Fairfield, NJ 07004

GRANDAISY BAKERY
250 W BROADWAY
New York, NY 10013

GUN HILL FENCE
4171 BOSTON ROAD
Bronx, NY 10466

HARAN INC.
65 COURT STREET
White Plains, NY 10601

HARVEST BAKERY INC.
865 Waverly Ave
Holtsville, NY 11742

Hilton Supply Management
7962 Jones Branch Dr
Fourth Floor
Mc Lean, VA 22102

HOT BREAD KITCHEN
1590 Park Ave, Box #1
New York, NY 10029

HUNTS POINT ENTERPRISES
359 Van Brunt Street
Brooklyn, NY 11231

HUNTS POINT ENTERPRISES
359 Brunt Street
Brooklyn, NY 11231


I HALPER
51 HOOK ROAD
Bayonne, NJ 07002


IGGY'S BREAD
130 FAWCETT STREET
Cambridge, MA 02138


Internal Revenue Service
Central Insolvency Unit
PO Box 7346
Philadelphia, PA 19101


INTERNATIONAL DELIGHTS IN
230 Brighton Road
Clifton, NJ 07012


INTERNEX CAPITAL FUNDING
205 E 42nd St, 20th Fl
New York, NY 10017


ISRAEEL BEIGEL BAKING
 5700 AVENUE D
Brooklyn, NY 11203


JOE BREADSTICKS
201 BROOK AVENUE, UNIT C
Deer Park, NY 11729


JOEL SCHONFELD
300 Edwards Street Apt2DW
Roslyn Heights, NY 11577


JOHN W. MACY CHEESESTICKS
80 KIPP AVENUE
Elmwood Park, NJ 07407


JP Morgan Chase Bank
Attn: Farah Zollman
1 E Ohio St, Floor 8
Indianapolis, IN 46204

JUST BAGELS
527 CASSANOVA STREET
Bronx, NY 10474


LIBERTY GATES
1299 FRANKLIN AVENUE 3-C
Bronx, NY 10456


LYTX, INC
PO BOX 849972
Los Angeles, CA 90084


MARTIN POTATO ROLLS
MARC'S DISTRIBUTING
1 FIELD COURT
Hicksville, NY 11801


MILEA  LEASING CORP.
885 EAST 149TH STREET
Bronx, NY 10455


Milea Leasing Corp
64 Union St
Brooklyn, NY 11231


MILLE FEUILLE
552 LAGUARDIA PL
New York, NY 10012


MORRISONS PASTRY CORP.
4901 Maspeth Ave
Maspeth, NY 11378


NECS
550 West 36th Street
Jasper, IN 47546


NEW YORKER BAGELS
34-20 12th STREET
Astoria, NY 11106


NORTH FERRY CO., INC.
12 Summerfield Pl
Shelter Island Heights, NY 11965

NORTHSIDE BAKERY
76-01 77TH AVENUE
Ridgewood, NY 11385


NYC Dept. of Finance
Bankruptcy Unit
66 John Street
New York, NY 10038


NYS Dept. of Tax and Fin.
Bankruptcy Section
PO Box 5300
Albany, NY 12205


OPTIMUM BUSNIESS
Cablevision
PO Box 371378
Pittsburgh, PA 15250


ORWASHER'S BAKERY
1187 EAST 156TH
Bronx, NY 10474


PADOCA BAKERY
359 E. 68th Street
New York, NY 10065


PAIN D'AVIGNON III LTD.
PO Box 1872
Long Island City, NY 11101


PANDORA BAKERY
210 EAST 144 STREET
Bronx, NY 10451


PATISSERIE VANESSA
136 WEST 123 ST, SUITE#2
New York, NY 10027


PIONEER COMPUTER NETWORKS
PO Box 411
Redding Ridge, CT 06876

RK ENVIRONMENTAL SERVICES
768 CARVER AVENUE
Westwood, NJ 07675


RM BAKERY LLC
220 COSTER ST
Bronx, NY 10474


RM Bakery LLC
220 Coster Street
Bronx, NY 10474


RM RONY LLC
220 Coster Street
Bronx, NY 10474


ROBERT HALF
Office Team
12400 Collections Center
Chicago, IL 60693


ROCKLAND BAKERY
94 DEMAREST MILL ROAD
Nanuet, NY 10954


ROYAL BAKERS
37-24 76TH STREET 1ST FL
Jackson Heights, NY 11372


RYDER
11690 NW 105th Street
Miami, FL 33178


Ryder Truck Rental Inc.
11690 NW 105th Street
Miami, FL 33178


SALT OF THE EARTH BAKERY
630 Flushing Avenue
4C
Brooklyn, NY 11206


SETTEPANI BAKERY
602 LORIMER STREET
Brooklyn, NY 11211

```
SIGMUND'S PRETZELSHOP
C/O Dmitriy Goykhman
221 W 37th St, 6th Fl
New York, NY 10018


SIMIT AND SMITH
501 Broad Avenue
Ridgefield, NJ 07657


SULLIVAN STREET BAKERY
533 WEST 47TH STREET
New York, NY 10036


TAP NYC
267 COLUMBUS AVENUE
New York, NY 10023


THE GOOD BATCH
936 Fulton Street
Brooklyn, NY 11238


THE HARTFORD
PO Box 660916
Dallas, TX 75266


TISSERIE WHOLESALE BAKERY
435 Meadow Ln Carlstadt
Carlstadt, NJ 07072


TOM CAT BAKERY INC
PO BOX 844040
Boston, MA 02284


TOUFAYAN BAKERIES, INC
175 RAILROAD AVENUE
Ridgefield, NJ 07657


TRIBECA
PO BOX 840441
Dallas, TX 75284


U.S. SBA
409 3rd Street SW
Washington, DC 20416
```

UNITED HEALTHCARE
PO BOX 371337
Pittsburgh, PA 15250


Utica First Insurance
5981 Airport Rd
Oriskany, NY 13424


VAR TECHNOLOGY FINANCE
P.O.BOX 5066
Hartford, CT 06102


VERIZON WIRELESS
PO Box 408
Newark, NJ 07101


VISTA HERMOSA
267 Bowery
New York, NY 10002


Whole Foods Market
Northeast Region
15315 Magnolia Blvd
Ste 320
Englewood Cliffs, NJ 07632


ZAROS
1309 Metropolitan Ave
Bronx, NY 10462


ZOMICK'S KOSHER BAKE SHOP
85 INIP DRIVE
Inwood, NY 11096

# United States Bankruptcy Court
### Eastern District of New York

In re   **Featherstone Distribution LLC**

                                      Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Featherstone Distribution LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Hunts Point Enterprises LLC**
**359 Van Brunt Street**
**c/o Freshly Baked Holdings LLC**
**Brooklyn, NY 11231**

☐ None [*Check if applicable*]

**June 23, 2020**

Date

/s/ Lawrence Morrison

**Lawrence F. Morrison**

Signature of Attorney or Litigant
Counsel for   **Featherstone Distribution LLC**

**Morrison Tenenbaum, PLLC**
**87 Walker Street, Second Floor**
**New York, NY 10013**
**212-620-0938 Fax:646-390-5095**
**info@m-t-law.com**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  **Featherstone Distribution LLC**                    **CASE NO.:.** _____

     Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

■ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:  **20-42393 CEC**    JUDGE:  **CEC**    DISTRICT/DIVISION:  **EDNY**

DEBTOR NAME:  **Hunts Point Enterprises LLC**

CASE STILL PENDING (Y/N):  **Y**            [*If closed*] Date of closing:

  CURRENT STATUS OF RELATED CASE: _____
                              (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:  **Affiliate** _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

2. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____            [*If closed*] Date of closing:_____

  CURRENT STATUS OF RELATED CASE: _____
                              (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____            [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____
                                            (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __**Y**__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except
as indicated elsewhere on this form.

/s/ Lawrence Morrison
_____          _____
**Lawrence F. Morrison**
Signature of Debtor's Attorney                   Signature of Pro Se Debtor/Petitioner
**Morrison Tenenbaum, PLLC**
**87 Walker Street, Second Floor**
**New York, NY 10013**                           _____
**212-620-0938 Fax:646-390-5095**
                                                 Signature of Pro Se Joint Debtor/Petitioner

                                                 _____
                                                 Mailing Address of Debtor/Petitioner

                                                 _____
                                                 City, State, Zip Code

                                                 _____
                                                 Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the
dismissal of the case with prejudice.

<u>NOTE</u>: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise
result.

FEATHERSTONE DISTRIBUTION LLC

**SCHEDULE 1**

Internex Capital Funding LLC Security Interest

1. JPMorgan Chase Bank Account ending in 1226
2. JPMorgan Chase Bank Account ending in 5578
3. JPMorgan Chase Bank Account ending in 5586
4. JPMorgan Chase Bank Account ending in 5605
5. JPMorgan Chase Bank Account ending in 3790

FEATHERSTONE DISTRIBUTION LLC

**<u>SCHEDULE 2</u>**

Ally Financial Services Security Interest

1. 2018 Ford Truck VIN ending 5440    Current Approx. Value: $15,000
2. 2019 Ford Truck VIN Ending 3951    Current Approx. Value: $20,000
3. 2018 Ford Truck VIN Ending 8755    Current Approx. Value: $15,000
4. 2018 Ford Truck VIN Ending 9503    Current Approx. Value: $15,000
5. 2018 Ford Truck VIN Ending 4010    Current Approx. Value: $15,000
6. 2019 Ford Truck VIN Ending 4011    Current Approx. Value: $20,000

FEATHERSTONE DISTRIBUTION LLC

### **SCHEDULE 3**

Payments to Creditors within 90 days before filing to be provided within 14 days