|  | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| **Revenue:** | | | | |
| Direct Revenue | $ 14,469,719 | $ 16,114,445 | $ 17,125,926 | $ 17,810,963 |
| Service Revenue | $ 792,748 | $ 903,733 | $ 948,919 | $ 986,876 |
| **TOTAL Revenue** | **$ 15,262,467** | **$ 17,018,178** | **$ 18,074,845** | **$ 18,797,839** |
| *% Growth* | | *11.50%* | *6.21%* | *4.00%* |
| | | | | |
| Cost Of Goods Sold | $ 10,095,537 | $ 11,386,652 | $ 12,025,463 | $ 12,405,408 |
| **Gross Profit** | **$ 5,166,930** | **$ 5,631,525** | **$ 6,049,382** | **$ 6,392,431** |
| *% Gross Profit* | *33.85%* | *33.09%* | *33.47%* | *34.01%* |
| | | | | |
| **Operating Expenses:** | | | | |
| Labor | $ 3,668,680 | $ 3,521,198 | $ 3,656,046 | $ 3,796,288 |
| Distribution | $ 1,304,104 | $ 1,186,894 | $ 1,234,370 | $ 1,283,745 |
| Insurance | $ 305,307 | $ 317,519 | $ 330,220 | $ 343,429 |
| Occupancy | $ 231,191 | $ 234,083 | $ 243,446 | $ 253,184 |
| Technology | $ 119,771 | $ 108,485 | $ 112,825 | $ 117,338 |
| Miscellaneous | $ 328,112 | $ 84,113 | $ 83,400 | $ 86,736 |
| **TOTAL Operating Expenses** | **$ 5,957,165** | **$ 5,452,293** | **$ 5,660,307** | **$ 5,880,719** |
| | | | | |
| **EBIT** | **$ (790,235)** | **$ 179,232** | **$ 389,075** | **$ 511,712** |
| | | | | |
| Interest | $ 202,859 | $ 110,600 | $ 94,800 | $ 94,800 |
| | | | | |
| **Disposable Income** | **$ (993,094)** | **$ 68,632** | **$ 294,275** | **$ 416,912** |